**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MICHAEL L. BEAUCHAMP,                          No. C 06-03768 WHA
11          Plaintiff,
12    v.                                           **DISMISSAL ORDER**
13  SUSAN ILLSTON,
14          Defendant.
15  _____/
16
      The above-captioned civil action is **DISMISSED** for lack of subject-matter jurisidiction,
17
due to the incomprehensible and patently absurd document filed to initiate it.
18
      That filing, titled "Request for Orders to Stop Harrassment [sic]" states, in its entirety:
19
        I, Michael L. Beauchamp do hereby swear under the penalty of
20      perjury that Susan Illston did assalt [sic] [,] slander and libel me
        with a deadly weapon with mean ignorance and selfish cruelty on
21      June 14th, 2006.
        Furthermore, Susan Illston conducted a passive aggressive act of
22      terror upon my person, property, and life on June 14th, 2006.
        (*Aetna Life Ins. Co. v. Kennedy*, 301 U.S. 389 (1937); Fed. R. Civ.
23      P. 50(a). *Dice v. Akron, C & Y. R.R.*, 342 U.S. 359 (1952).
           s/                              06/15/2006
24
25
26
27
28

1  Given the dismissal, the application to proceed *in forma pauperis* and plaintiff's motion
2  to appoint counsel are **MOOT**.

4  **IT IS SO ORDERED.**

6  Dated: July 6, 2006

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE